AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| AC, a minor by and through Guardian ad Litem Mark D. Ball,<br>*Plaintiff*<br>v.<br>Allendale County Hospital, United States of America<br>*Defendants* | Civil Action No.   1:13-00061-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, AC, a minor by and through Guardian ad Litem Mark D. Ball, take nothing of the defendant, United States of America and this action is dismissed with prejudice for lack of subject matter jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1) as to this named defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted the defendant's motion to dismiss.

Date:  December 4, 2013

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*